JAMES P. VAN, Bar No. 303853
jpvan@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.:   949.724.1201

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WITCHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC., a Ohio corporation and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>**DECLARATION OF JAMES P. VAN IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441 AND 1446**<br><br>Trial Date: N/A<br>Complaint Filed: January 11, 2021 |

DEC OF JAMES P. VAN ISO REMOVAL　　　1.

I, JAMES P. VAN, hereby declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and before this Court. I am an attorney with the law firm of Littler Mendelson and one of the attorneys representing Defendant UNITED PARCEL SERVICE, INC. ("Defendant") in this action. All of the information set forth herein is based on my personal knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2. True and correct copies of the documents served on Defendant's agent on January 19, 2021, including the Summons, Complaint, and the Civil Case Cover Sheet, are attached hereto as **Exhibit A**.

3. On February 17, 2021, Defendant filed an Answer to Plaintiff's Complaint in the Kern County Superior Court. A true and correct copy of the Answer filed by Defendant in the Kern County Superior Court is attached hereto as **Exhibit B.**

4. Pursuant to 28 U.S.C. § 1446(d), Exhibits A and B constitute all process, pleadings, and orders filed in the Kern County Superior Court. To Defendant's knowledge, no other process, pleadings, or orders related to this case have been filed or served by any party in the Kern County Superior Court.

5. To Defendant's knowledge, no proceedings related hereto have been heard in the Kern County Superior Court.

6. As of the date of this Notice of Removal, no other parties have been named or served with the Summons and Complaint in this action.

7. Contemporaneously with the filing of Defendant's Notice of Removal in the United States District Court for the Eastern District of California, our office is providing written notice of the removal to Plaintiff's counsel of record: Ahmed M. Jammal, Esq. and Salah Khatib, Esq., Jammal Law Firm, 245 Fischer Avenue, Suite B4, Costa Mesa, California 92626; and David J. McGlothlin, Esq., Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. In

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

DEC OF JAMES P. VAN ISO REMOVAL   2.

addition, a copy of Defendant's Notice of Removal will be filed with the Clerk of the Court for the Kern County Superior Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated this 18th day of February, 2021 at Anaheim, California.

/S/ *James P. Van*
JAMES P. VAN

4834-5546-1339.2 110830.1002

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

DEC OF JAMES P. VAN ISO REMOVAL   3.