JAMES P. VAN, Bar No. 303853
jpvan@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WITCHER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., a Ohio corporation and DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendants. | Case No.<br><br>**DECLARATION OF MARINA SANTOS IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441 AND 1446**<br><br>Trial Date: N/A<br>Complaint Filed: January 11, 2021 |

1

I, Marina Santos, hereby declare as follows:

1. I work for Defendant United Parcel Service, Inc. ("UPS") as a Human Resources Manager for the South California District. I make this declaration in support of the Notice of Removal of Action to federal court filed by UPS. I have personal knowledge of the facts set forth herein, except as to those matters set forth on information and belief, which I believe to be true, and if called to do so, could and would testify competently thereto.

2. United Parcel Service, Inc. is a corporation organized and existing under the laws of the state of Ohio. United Parcel Service, Inc.'s corporate headquarters and principal place of business is in Atlanta, Georgia, where the company's high level officers, direct, control, and coordinate the company's corporate and business activities.

3. In the regular course of performing my duties as a Human Resources Manager, I research and respond to executive-level inquiries and inquiries of a legal nature related to UPS; gather, confirm and review documents; and assist in the resolution of employee issues. In my position, I have access to, use, rely upon, and am readily familiar with UPS's personnel records. As a regular business practice, UPS maintains personnel records in an electronic database used by me and other human resource professionals ("Personnel Records Database"). I have found records in the Personnel Records Database to be accurate and reliable sources of information, and customarily rely on the accuracy of such records in the course and scope of my employment.

4. I have searched for and reviewed UPS's personnel records for Plaintiff David Witcher. These records show Mr. Witcher was employed by UPS from December 21, 2016 until his employment was terminated on February 3, 2020. Mr. Witcher's most recent position was as a Mechanic.

5. As of his date of termination, February 3, 2020, Mr. Witcher earned a pay rate of $40.24 per hour.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

6. Before Mr. Witcher's employment was terminated, he worked an average of approximately 40 hours per week.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on February 5, 2021, at Los Angeles, California.

_____
MARINA SANTOS

4826-0473-8523.2 110830.1002

3.