# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WITCHER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation,<br><br>        Defendant. | Case No.: 1:21-CV-00206-NONE-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

Counsel for the parties have alerted the Court that the matter has settled[1]. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than August 27, 2021**;

    2.    All pending dates, motions conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **July 7, 2021**            **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court set the matter for an "early" settlement conference at the request of the parties. (Doc. 7 at 7)