UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WITCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a Ohio corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. **1:21-CV-00206-NONE-JLT**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE ACTION**<br>(Doc. 10) |

The parties have filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1), with each side to bear their own fees and costs. (Doc. 10) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: **August 18, 2021**     **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE